JAMES R. KIRBY II [SBN: 88911]
**NAGELEY, MEREDITH, KIRBY & WINBERRY, INC.**
8801 Folsom Boulevard, Suite 172
Sacramento, CA 95826
Telephone No.:   (916) 386-8282
Facsimile No.:   (916) 386-8952

Attorneys for Plaintiff
DOROTHY RODDEN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>Defendant. | Case No.: 2:16-cv-00891-TLN-KJN<br><br>**AMENDED NOTICE AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, FOR ISSUANCE OF AN ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>DATE: October 27, 2016<br>TIME: 9:00 a.m,<br>DEPT: 25<br><br>**TRIAL DATE:** None Set |

TO:   WILLIAM JACKSON AS TRUSTEE OF THE VERNON AND CECIL RODDEN TRUST AND HIS COUNSEL

PLEASE TAKE NOTICE THAT on October 27, 2016, at 9:00 a.m. in the Department 25 of this Court, Plaintiff will move to compel compliance with a subpoena for documents served on William Jackson as trustee of the Vernon and Cecil Rodden Trust or, in the alternative, for an order to show cause re contempt. This motion is based on the grounds that the documents sought are relevant to Plaintiff's claims in this matter, and Mr. Jackson's objection that Plaintiff is "likely" to have the requested documents is not a proper ground to refuse production. This motion is supported by this Notice of Motion and Motion, the Joint

Statement required by Eastern District Rule 251(b), and papers in the Court's file together with the oral arguments of counsel on the motion.

**Motion To Compel Compliance With Subpoena Or, In The Alternative, For An Order To Show Cause Re Contempt**

Plaintiff moves to compel William Jackson as trustee of the Vernon and Cecil Rodden Trust to comply with a subpoena for documents served on August 9, 2016 or, in the alternative, for issuance of an order to show cause re contempt. The documents sought are relevant to Plaintiff's claims in this matter, and Mr. Jackson's objection that Plaintiff is "likely" to have the requested documents is not a proper ground to refuse production.

DATED: October 17, 2016

**NAGELEY, MEREDITH, KIRBY & WINBERRY, INC.**

By:     /s/ James R. Kirby II
JAMES R. KIRBY II
Attorney For Plaintiff DOROTHY RODDEN JACKSON

-2-

DOROTHY RODDEN JACKSON v. RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP
U.S.D.C. East. Dist. of CA Court
Case No. 2:16-cv-00891-TLN-KJN
Our File Number: J1017-101

**AMENDED**
**CERTIFICATE OF SERVICE**
[Fed.R.Civ.P. 5(b), 5(d), 6(e); LR 5-135]

I, Sheena Tatum-Barton, certify:

I am employed by Nageley, Meredith, Kirby & Winberry, Inc., in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the above-referenced case. My business address is 8801 Folsom Boulevard, Suite 172, Sacramento, California 95826. On this date I served the following document(s):

**AMENDED NOTICE OF MOTION AND MOTIONS:**

- **WILLIAM JACKSON AS TRUSTEE OF VERNON AND CECIL RODDEN TRUST**
- **WILLIAM JACKSON AS TRUSTEE OF THE DOROTHY AND DONALD JACKSON IRREVOCABLE TRUST**
- **WILLIAM JACKSON AS MANAGER OF 1444 FLORIDA AVENUE, LLC**
- **WILLIAM JACKSON AS TRUSTEE OF THE DONALD AND DOROTHY JACKSON FAMILY TRUST AS AMENDED**
- **WILLIAM JACKSON AS AN INDIVIDUAL**

XX  **BY MAIL.** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in a box designated by my employer for collection and processing of correspondence for mailing with the United States Postal Service, addressed as set forth below. I am readily familiar with the business practices of my employer for the collection and processing of correspondence for mailing with the United Stated Postal Service. The correspondence placed in the designated box is deposited with the United States Postal Service at Sacramento, California, the same day in the ordinary course of business.

Fred Silva
Kirin Virk
Damrell, Nelson, Schrimp, Pallios, Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354
fsilva@damrell.com
KVirk@damrell.com

**Attorneys for William R. Jackson**

I certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this certification was executed on October 17, 2016, at Sacramento, California.

_____
Sheena Tatum-Barton