1  JAMES R. KIRBY II [SBN: 88911]
   **NAGELEY, MEREDITH, KIRBY & WINBERRY, INC.**
2  8801 Folsom Boulevard, Suite 172
   Sacramento, CA  95826
3  Telephone No:  (916) 386-8282
   Facsimile No:    (916) 386-8952
4

5

6  Attorneys for Plaintiff DOROTHY RODDEN JACKSON

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DOROTHY RODDEN JACKSON,          **Case No.:  2:16-cv-00891-TLN-KJN**

12          Plaintiff,               (~~PROPOSED~~) **ORDER RE HEARING ON**
                                     **MOTIONS TO COMPEL COMPLIANCE**
13      vs.                          **WITH SUBPOENAS**

14  RICHARD CALONE; CALONE & HARREL  **DATE:        October 27, 2016**
    LAW GROUP, LLP; CALONE & BEATTIE, **TIME:         9:00 a.m.**
15  LLP; CALONE LAW GROUP, LLP,      **DEPT:         25**
                                     **TRIAL DATE:** None Set
16          Defendant.

17

18          At the moving Plaintiff's request, the Court drops from its October 27, 2016

19  calendar five motions to compel compliance with five subpoenas served on William

20  Jackson in various capacities.  (ECF Nos. 21, 25, 26, 27, 28.)  Plaintiff's two remaining

21  motions to compel compliance with subpoenas served on Schmidt, Bettencourt &

22  Medeiros,LLP and V. A. Rodden, Inc., ECF Nos. 19 and 30, will remain on calendar for

23  hearing on that date.  This order resolves the motions filed at ECF Nos. 21, 25, 26, 27,

24  and 28, and the amended motions filed at ECF Nos. 39, 40, 41, 42, and 43.

25          IT IS SO ORDERED.

26  Dated:  October 21, 2016

27

28                                    _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE