UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CALONE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0891-TLN-KJN<br><br><br>ORDER |

On October 27, 2016, this case was before the undersigned to address plaintiff Dorothy Rodden Jackson's ("plaintiff") motion to compel compliance with the third party subpoena she served on non-party Schmidt, Bettencourt & Medeiros ("Schmidt"). (ECF Nos. 19, 44.) Also before the undersigned was plaintiff's request to withdraw her motion to compel compliance with the third party subpoena she served on non-party V.A. Rodden, Inc. (ECF Nos. 30, 45, 51.) Attorney James Kirby appeared on behalf of plaintiff. Attorney Quinten Cedar appeared telephonically on behalf of Schmidt.

Based on plaintiff's motions and joint statements regarding these discovery disputes, other relevant filings, and oral arguments, and for the reasons discussed below and on the record during the hearing, IT IS HEREBY ORDERED that:

////

////

1

1. Plaintiff's motion to compel compliance with the third party subpoena she served on Schmidt (ECF Nos. 19, 44) is GRANTED. Schmidt shall produce documents responsive to the requests set forth in plaintiff's subpoena within a reasonable timeframe agreed upon by counsel for plaintiff and Schmidt.

2. Plaintiff's request to withdraw her motion to compel against V.A. Rodden, Inc. (ECF No. 51) is GRANTED.

3. This order resolves the motions filed at ECF Nos. 19, 30, 44, 45, and 51.

IT IS SO ORDERED.

Dated: October 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2