JAMES R. KIRBY II [SBN: 88911]
**NAGELEY, KIRBY & WINBERRY, LLP**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95926
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Plaintiff DOROTHY RODDEN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>　　　　Defendant. | **Case No.: 2:16-cv-00891-TLN-KJN**<br><br>**STIPULATION AND ORDER RE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>**DATE: MARCH 30, 2017**<br>**TIME:  10:00**<br>**DEPT:   25**<br>**TRIAL DATE:** NONE SET |

　　　Third party William Jackson does not oppose the pending motion to compel production of documents pursuant to a subpoena served on him a general manager of 1444 Florida Avenue, LLC (Florida Avenue) (ECF No. 73), but does oppose plaintiff's request for attorney's fees.  The parties stipulate that the Court may drop the pending hearing on this motion to compel, and issue the following order that is consistent with its earlier rulings on similar discovery requests in this matter (ECF No. 76):

　　　1. Plaintiff's motion to compel compliance with a subpoena served on William Jackson as general manager of Florida Avenue (ECF No. 73) is granted.

　　　2. Within 30 days from the date of this order, William Jackson shall produce all documents in his possession or control responsive to plaintiff's subpoena to Florida Avenue (ECF No. 73).  Mr. Jackson shall identify all documents produced by their Bates-stamp numbers and

- 1 -

clearly identify the request or requests to which each produced document responds.  Mr. Jackson is required to produce to plaintiff a privilege log clearly identifying any responsive document he has withheld and the basis for that withholding with respect to each withheld document.

    3. Plaintiff's request for attorney's fees is denied without prejudice.

SO STIPULATED:
Dated:  March 23, 2017   /s/ Tyler A. Kelly
    Tyler A. Kelly
    Counsel for  William Jackson as Manager
    of 1444 Florida Avenue, LLC


Dated:  March 23, 2017   /s/ James R. Kirby II
    James R. Kirby II
    Counsel for Dorothy Rodden Jackson


    IT IS SO ORDERED.


Dated:  March 24, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 2