JAMES R. KIRBY II [SBN: 88911]
**NAGELEY, KIRBY & WINBERRY, LLP**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95926
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

Attorneys for Plaintiff DOROTHY RODDEN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>Defendant. | **Case No.: 2:16-cv-00891-TLN-KJN**<br><br>**STIPULATION AND ORDER RE MOTIONS TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SETS ONE AND TWO)**<br><br>**DATE: APRIL 27, 2017**<br>**TIME:   10:00**<br>**DEPT:   25**<br>**TRIAL DATE:** NONE SET |

The parties stipulate the Court may drop the pending hearings on Plaintiff's motions to compel further responses to Requests for Production of Documents (Sets One and Two) [ECF Nos. 81 & 82], and issue the following order:

1. Defendants shall serve amended responses to Plaintiff's Requests for Production of Documents (Sets One and Two) as follows:

(A) Requests Nos. 1-3, 10, 18-35, 37-41, & 43 (Set One) & 44-71 (Set Two):

The amended response shall identify each request.  Defendants shall produce responsive documents, identified and correlated to each respective request by Bates number.  If Defendants have already produced responsive documents, they need not be produced again.  For documents previously produced, Defendants need only identify the request and correlate previously-produced responsive documents to that request by Bates number.

If documents responsive to an individual request do not exist, Defendants shall state for each request that responsive documents either (a) never existed, (b) once existed and were lost or destroyed (with an explanation of the circumstances) or (c) are believed to currently exist but cannot be located with a description of the efforts made to locate them.

(B) Requests Nos. 4-9 (Set One):

The parties agree Plaintiff's present inability to access metadata on electronic files Defendants have produced appears to be a technical problem rather than a refusal or failure to produce on Defendants' part. The parties agree to work together in good faith to transfer to Plaintiff the responsive requested files in native format with metadata intact in an accessible form. This agreement is without prejudice to the right of either party to seek relief from the Court should their efforts prove unavailing.

(C) Requests Nos. 11 & 17 (Set One):

If Defendants have responsive documents but contend they are privileged, they shall provide Plaintiff with a privilege log within the time limit provided in Paragraph 2. Otherwise, Defendants shall respond as provided in Paragraph 1(A).

2. Defendants shall serve their responses to Sets One and Two and produce responsive documents within thirty days of the date of this order.

3. This order resolves the motions filed at ECF Nos. 81 and 82.

SO STIPULATED:

Dated: April 20, 2017       /s/ Theresa M. LaVoie
                            Theresa M. LaVoie
                            Counsel for Defendants

Dated: April 20, 2017       /s/ James R. Kirby II
                            James R. Kirby II
                            Counsel for Plaintiff

 IT IS SO ORDERED.

Dated: April 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE