UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CALONE, et al.,<br><br>Defendant. | No. 2:16-cv-00891-TLN-KJN<br><br><br><br>ORDER |

Presently pending before the court are defendants' motions for protective order. (ECF Nos. 92, 93.) On June 15, 2016, defendants brought a motion to dismiss (ECF No. 11), which stands submitted before District Judge Troy L. Nunley (ECF No. 16). As such, the court temporarily stays the pending discovery motions, until the motion to dismiss is resolved.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motions for protective order (ECF Nos. 92, 93) are STAYED and the hearing set for October 5, 2017, is VACATED.
2. After the resolution of defendants' motion to dismiss (ECF No. 11), the court will reschedule the hearing on its own motion, if necessary. At which time, parties shall submit an updated joint statement, pursuant to Local Rule 251(c).

////

////

1        IT IS SO ORDERED.

2   Dated:  October 3, 2017

3                                                    _____
4                                                    KENDALL J. NEWMAN
    14/16-891.jackson.stay                           UNITED STATES MAGISTRATE JUDGE
5