UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; and CALONE LAW GROUP, LLP,<br><br>Defendants. | No. 2:16-cv-00891-TLN-KJN<br><br><br>ORDER |

An informal telephonic discovery conference was held on January 10, 2018, at 10:00 A.M., before the undersigned. James R. Kirby, II and Lanny T. Winberry appeared telephonically on behalf of plaintiff. Mark E. Ellis and Theresa M. LaVoie appeared telephonically on behalf of defendants. After considering the parties' joint informal discovery dispute letter and oral arguments made during the conference, IT IS HEREBY ORDERED that:

1. Plaintiff SHALL BE DEPOSED on March 1, 2018, beginning at 9:00 a.m., in Hawaii, unless the parties stipulate otherwise. Parties shall meet and confer, with input from plaintiff's medical providers if appropriate, and determine how best to accommodate plaintiff's medical needs and defendants' right to discovery.

////

IT IS SO ORDERED.

Dated: January 11, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/16-891.jackson.informal discovery order