JAMES R. KIRBY II [SBN: 88911]
**NAGELEY, KIRBY & WINBERRY, LLP**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No.:   (916) 386-8282
Facsimile No.:    (916) 386-8952

Attorneys for Plaintiff
DOROTHY RODDEN JACKSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>        Defendant. | **Case No.:  2:16-cv-00891-TLN-KJN**<br><br>**STIPULATION AND ORDER RESOLVING MOTION TO COMPEL AND FOR SANCTIONS (ECF NO. 151)**<br><br>DATE:<br>TIME:<br>DEPT:<br><br>**TRIAL DATE:** |

  Plaintiff has rescheduled Defendants' depositions to accommodate Defendants' counsel's trial schedule.  To avoid potential prejudice to Plaintiff, the parties stipulate that any discovery issue arising from the re-scheduled depositions may be heard on fourteen days' notice, rather than the twenty-one days' notice provided by local rule, with joint statements due seven days before the hearing date. Upon approval of this stipulation by the Court, Plaintiff will withdraw her pending motion to compel and for sanctions (ECF No. 151).

  So stipulated.

DATED:  May 1, 2018        **NAGELEY, KIRBY & WINBERRY, LLP**


                  BY:_/s/ James R. Kirby II_____
                    JAMES R. KIRBY II
                    Attorney for Plaintiff
                    DOROTHY RODDEN JACKSON

ELLIS LAW GROUP


BY: /s/ Theresa M. LaVoie
THERESA M. LAVOIE
Attorney for Defendants
RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,

Based on the stipulation of the parties and for good cause shown, the Court orders that any discovery issue arising from the re-scheduled depositions of Defendants in this matter may be heard on fourteen days' notice, rather than the twenty-one days' notice provided by local rule, with joint statements due seven days before the hearing date.

SO ORDERED.

Dated: May 3, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE