| | |
|---|---|
| 1 | Mark E. Ellis - 127159 |
| 2 | Theresa M. LaVoie - 143773<br>ELLIS LAW GROUP LLP |
| 3 | 1425 River Park Drive, Suite 400<br>Sacramento, CA 95815 |
| 4 | Tel: (916) 283-8820<br>Fax: (916) 283-8821 |
| 5 | mellis@ellislawgrp.com<br>tlavoie@ellislawgrp.com |

Attorneys for Defendants RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>    Defendants. | Case No.: 2:16-cv-00891 TLN KJN<br><br>**STIPULATION AND ORDER RESOLVING MOTION RE DEPOSITIONS (ECF NO. 159) AND SHORTENING TIME FOR DEPOSITION-RELATED MOTIONS** |

- 1 -

Plaintiff has agreed to reschedule Defendants' depositions to accommodate their schedules to May 22, 2018 (Mr. Calone) and May 29, 2018 (Mr. Harrel).  To avoid potential prejudice to Plaintiff, the parties stipulate that any discovery dispute arising from the re-scheduled depositions, including the need for additional deposition sessions, will be set for hearing on May 31, 2018, at 10:00 a.m., with all papers filed twenty-four hours before the hearing.  Defendants further agree to be available for further depositions, if necessary, before the discovery cut-off date of June 8, 2018.

This stipulation and order will resolve Plaintiff's pending motion re depositions, ECF No. 159. Plaintiff will withdraw that motion if and when the Court approves this stipulation and order.

IT IS SO STIPULATED.

Dated:  May 14, 2018    NAGELEY, KIRBY & WINBERRY, LLP

By:  */s/ James R. Kirby II*
    James R. Kirby II
    Attorney for Plaintiff
    DOROTHY JACKSON

Dated:  May 14, 2018    ELLIS LAW GROUP LLP

By  */s/ Theresa M. LaVoie*
    Theresa M. LaVoie
    Attorney for Defendants
    RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; and CALONE LAW GROUP, LLP

1    IT IS SO ORDERED with the following amendment:

2    Due to the undersigned's unavailability on May 31, 2018, any discovery dispute arising from
3    the re-scheduled depositions, including the need for additional deposition sessions, will be specially
4    set for hearing on **Monday, June 4, 2018, at 2:00 p.m.,** with all papers filed by May 31, 2018, at 5:00
5    p.m.

Dated:  May 16, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE