Mark E. Ellis - 127159
Theresa M. LaVoie - 143773
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
tlavoie@ellislawgrp.com

Attorneys for Defendants RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>  Defendants. | Case No.: 2:16-cv-00891 TLN KJN<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO DISCLOSE EXPERTS**<br><br>**(Fed. R. Civ. P. 26)** |

Plaintiff Dorothy Jackson and Defendants Richard Calone, Calone & Harrel Law Group, LLP, Calone & Beattie, LLP, and Calone Law Group, LLP hereby agreed and request this Court to extend the deadline to disclose experts pursuant to Federal Rules of Civil Procedure 26, by thirty days. Currently, expert disclosure is scheduled for August 9, 2018, and the parties seek an extension of time to September 10, 2018.

The parties require additional time to designate and prepare their experts based on several factors. First, discovery in this case was delayed after Plaintiff notified Defendants that she was unable to attend her deposition due to medical issues. This resulted in Defendants bringing a motion for terminating sanctions, motions to compel, and the deposition of Plaintiff's medical expert. Plaintiff eventually sought and obtained a protective order that her deposition not be taken.

- 1 -

STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO DISCLOSE EXPERTS

Second, Plaintiff filed a motion to amend the Complaint which has not yet been ruled on. Depending on the outcome of this motion, additional issues may need to be addressed by the parties' experts.

Consequently, the parties have agreed and request this Court to move the expert disclosure deadline from August 9, 2018 to September 10, 2018. All other provisions of the scheduling order would remain the same.

So Stipulated:

Dated: July 17, 2018

    NAGELY, KIRBY & WINBERRY, LLP

By */s/ James R. Kirby II*
James R. Kirby II
Attorney for Plaintiff
DOROTHY RODDEN JACKSON

Dated: August 6, 2018

    ELLIS LAW GROUP LLP

By */s/ Theresa M. LaVoie*
Theresa M. LaVoie
Attorney for Defendants DEFENDANTS RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP

Based on the stipulation of the parties and for good caue shown, the Court orders that the dealine to disclose experts shall be extended by thirty days from August 9, 2018 to September 10, 2018.

SO ORDERED

Dated: August 6, 2018

_____
Troy L. Nunley
United States District Judge