| | |
|---|---|
| 1 | Mark E. Ellis - 127159 |
| | Theresa M. LaVoie - 143773 |
| 2 | ELLIS LAW GROUP LLP |
| | 1425 River Park Drive, Suite 400 |
| 3 | Sacramento, CA  95815 |
| | Tel: (916) 283-8820 |
| 4 | Fax: (916) 283-8821 |
| | mellis@ellislawgrp.com |
| 5 | tlavoie@ellislawgrp.com |

Attorneys for Defendants RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON, | Case No.: 2:16-cv-00891 TLN KJN |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SO THAT DEFENDANTS CAN TAKE THE DEPOSITIONS OF PLAINTIFF'S EXPERT WITNESSES** |
| v. | |
| RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP, | |
| Defendants. | DATE: NOVEMBER 15, 2018<br>TIME: 2:00 A.M.<br>DEPT: 2<br><br>**TRIAL DATE:  NONE SET** |

Plaintiff Dorothy Jackson and Defendants Richard Calone, Calone & Harrell Law Group, LLP, Calone & Beattie, LLP, and Calone Law Group, LLP, have agreed and hereby request this Court to continue hearing date for Plaintiff's Motion for Partial Summary Judgment, and related deadlines for the Opposition and Reply to, Plaintiff's Motion is currently set to be heard in Department 2 on November 15, 2018; Defendants' Opposition to the Motion is thus due on November 1, 2018.

The parties have agreed to continue the hearing to January 10, 2019 in order to provide Defendants time to depose and obtain transcripts from those depositions, of the three experts Plaintiff relies upon in her moving papers, including the Separate Statement of Undisputed Facts and Evidence, to wit: (1) retained expert Robin Klomparens; (2) retained expert Susan Thompson, and (3) non-retained expert Dr.

- 1 -

STIPULATION AND PROPOSED ORDER TO CONTINUE THE HEARING ON
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Lee Scaief.

On October 10, 2018, Defendants Noticed the Depositions Robin Klomparens for October 23, 2018, Susan Thompson for October 30, 2018, and Dr. Lee Scaief for November 6, 2018.

On October 19, 2018, Plaintiff's counsel informed Defendants' counsel that these experts are not available for deposition on the dates noticed by Defendants.

On October 22, 2018, Plaintiff's counsel informed Defendants that Robin Klomparens is not available for deposition until November 30, 2018; Ms. Thompson is not available until October 31, 2018, and Plaintiff is still checking the availability for Dr. Scaief for November 6, 2018.

Defendants believe that the information from Plaintiff's experts listed above will raise a genuine issue of material fact and therefore, that Plaintiff's Motion should be continued pursuant to Federal Rules of Civil Procedure 56(d). Plaintiff does not agree that these depositions will raise genuine issues of facts, but nevertheless does not oppose the request to continue the hearing date given the limited availability of these three experts.

Consequently, the parties have agreed and request this Court to continue the hearing date of Plaintiff's Motion For Partial Summary Judgment, and all associates briefing deadlines, from November 15, 2018 to January 10, 2019.

The parties further agree that the Opposition and Reply deadlines will be calculated from the new hearing date.

IT IS SO STIULATED

Dated: October 24, 2018

                                                ELLIS LAW GROUP LLP


                                                By  */s/ Mark E. Ellis*
                                                    Mark E. Ellis
                                                    Attorney for Defendants
                                                    RICHARD CALONE, CALONE & HARREL LAW GROUP, LLP, CALONE & BEATTIE, LLP, AND CALONE LAW GROUP, LLP

Dated: October 24, 2018

NAGELEY, KIRBY & WINBERRY, LLP

By */s/ James R. Kirby II*
   James R. Kirby II
   Attorneys for Plaintiff
   DOROTHY RODDEN JACKSON

## **ORDER**

Based on the Stipulation by the parties, and for good cause shown, the Court orders that the November 15, 2018 hearing date on Plaintiff's Motion for Partial Summary Judgment is hereby vacated and rescheduled for January 10, 2019, including all associated briefing deadlines The Opposition and Reply deadlines will be calculated from the new hearing date.

IT IS SO ORDERED.

Dated: October 24, 2018

_____
Troy L. Nunley
United States District Judge