Mark E. Ellis - 127159
Theresa M. LaVoie - 143773
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
tlavoie@ellislawgrp.com

Attorneys for Defendants RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,<br><br>　　Defendants. | Case No.: 2:16-cv-00891 TLN KJN<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SO THAT DEFENDANTS CAN TAKE THE DEPOSITIONS OF PLAINTIFF'S EXPERT WITNESSES**<br><br>DATE:　JANUARY 10, 2019<br>TIME:　2:00 A.M.<br>DEPT.　2<br><br>**TRIAL DATE: NONE SET** |

　　Plaintiff Dorothy Jackson and Defendants Richard Calone, Calone & Harrell Law Group, LLP, Calone & Beattie, LLP, and Calone Law Group, LLP, have agreed and hereby request this Court to continue the hearing date for Plaintiff's Motion for Partial Summary Judgment, and related deadlines for the Opposition and Reply to, Plaintiff's Motion is currently set to be heard in Department 2 on January 10, 2019; Defendants' Opposition to the Motion is due on December 27, 2018.

　　The parties have agreed to continue the hearing to the first available date on the Court's calendar in March 2019 in order to provide Defendants additional time to depose and obtain transcripts from those depositions of two experts the Plaintiff relies upon in her moving papers, including the Separate Statement of Undisputed Facts and Evidence, to wit: (1) retained expert Robin Klomparens; and (2) non-retained

expert Dr. Lee Scaief.

On October 10, 2018, Defendants Noticed the Depositions Robin Klomparens for October 23, 2018, and Dr. Lee Scaief for November 6, 2018.

On October 19, 2018, Plaintiff's counsel informed Defendants' counsel that these experts were not available for deposition on the dates noticed by Defendants.

After meeting and conferring on deposition dates, on or about November 20, 2018, Plaintiff's counsel informed Defendants that the earliest date Robin Klomparens was available for deposition was December 18, 2018, and that Dr. Scaief was not available for his deposition until December 19, 2018. The depositions of these experts have now been noticed for December 18 and 19, 2018 respectively.

Defendants believe that the information from Plaintiff's experts listed above will raise a genuine issue of material fact and therefore, that Plaintiff's Motion should be continued pursuant to Federal Rules of Civil Procedure 56(d). Plaintiff does not agree that these depositions will raise genuine issues of facts, but nevertheless does not oppose the request to continue the hearing date given the limited availability of these two experts.

Consequently, the parties have agreed and request this Court to continue the hearing date of Plaintiff's Motion For Partial Summary Judgment, and all associated briefing deadlines, from January 10, 2019 to the earliest date on the Court's calendar in March 2019.

The parties further agree that the Opposition and Reply deadlines will be calculated from the new hearing date.

IT IS SO STIULATED

Dated: December 6, 2018

ELLIS LAW GROUP LLP

By  */s/ Theresa M. LaVoie*
Theresa M. LaVoie
Attorney for Defendants
RICHARD CALONE, CALONE & HARREL LAW GROUP, LLP, CALONE & BEATTIE, LLP, AND CALONE LAW GROUP, LLP

STIPULATION AND ORDER TO CONTINUE THE HEARING ON
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Dated: December 6, 2018

NAGELEY, KIRBY & WINBERRY, LLP

By  */s/ Lanny T. Winberry*
  Lanny T. Winberry
  Attorneys for Plaintiff
  DOROTHY RODDEN JACKSON

**ORDER**

Based on the Stipulation by the parties, and for good cause shown, the Court orders that the January 10, 2019 hearing date on Plaintiff's Motion for Partial Summary Judgment is hereby vacated and rescheduled for March 7, 2019, at 2:00 PM, including all associated briefing deadlines. The Opposition and Reply deadlines will be calculated from the new hearing date.

IT IS SO ORDERED.

Dated: December 6, 2018

Troy L. Nunley
United States District Judge