JAMES R. KIRBY II [SBN: 88911]
**NAGELEY, KIRBY & WINBERRY, LLP**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No.:    (916) 386-8282
Facsimile No.:     (916) 386-8952
JKirby@NMLawfirm.com
Attorneys for Plaintiff
DOROTHY RODDEN JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY RODDEN JACKSON, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP, <br><br> Defendant. | **Case No.:  2:16-cv-00891-TLN-KJN** <br><br> **CORRECTED STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** <br><br> DATE: <br> TIME: <br> DEPT: <br><br> TRIAL DATE: |

The parties stipulate that the Court may continue the hearing date of Defendants' Motion for Summary Judgment, ECF No. 193, and Defendants' Motion to Dismiss, ECF No. 194, and all associated briefing deadlines, to March 7, 2019, so that these motions may be heard at the same time as Plaintiff's pending Motion for Partial Summary Judgment, ECF No. 179, which is presently set for hearing on the latter date.  See ECF No. 197.

IT IS SO STIPULATED.

DATED:  December 7, 2018                **NAGELEY, KIRBY & WINBERRY, LLP**

                                        BY:/s/ James R. Kirby II
                                            JAMES R. KIRBY II
                                            Attorney for Plaintiff
                                            DOROTHY RODDEN JACKSON

- 1 -

| | |
|---|---|
| DATED: December 7, 2018 | **ELLIS LAW GROUP, LLP** |

BY: _/s/ Mark E. Ellis_____
MARK E. ELLIS
Attorney for Defendants
RICHARD CALONE; CALONE & HARREL LAW GROUP, LLP; CALONE & BEATTIE, LLP; CALONE LAW GROUP, LLP,

## **ORDER**

Based on the Stipulation by the parties, and for good cause shown, the Court orders that the January 10, 2019, hearing date on Defendants' Motion for Summary Judgment, ECF No. 193, and Defendants' Motion to Dismiss, ECF No. 194, is vacated and rescheduled for March 7, 2019, so that these motions may be heard at the same time as Plaintiff's pending Motion for Partial Summary Judgment, ECF No. 179, set for hearing on the latter date. The Opposition and Reply deadlines will be calculated from the new hearing date.

IT IS SO ORDERED.

Dated: December 18, 2018

_____
Troy L. Nunley
United States District Judge

- 2 -

Stipulation and Order to Continue Hearing on Defendants' Motion for Summary Judgment and Motion to Dismiss
- Case No.: 2:16-cv-00891-TLN-KJN