

United States District Court
Eastern District of California

| Dorothy R. Jackson | |
|---|---|
| Plaintiff(s) | Case Number: 2:16-cv-00891-TLN-KJN |
| V. | |
| Richard Calone, et al | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **David F. Kirby** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Terry Dale Jackson, as personal representative of the estate of Dorothy Rodden Jackson, deceased**

On **08/21/1977** (date), I was admitted to practice and presently in good standing in the **Supreme Court of North Carolina** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 4/19/22

Signature of Applicant: /s/ *David F. Kirby*

**Pro Hac Vice Attorney**

Applicant's Name: David F. Kirby

Law Firm Name: Edwards Kirby

Address: 3201 Glenwood Avenue, Suite 100

City: Raleigh    State: NC    Zip: 27612

Phone Number w/Area Code: (919) 780-5400

City and State of Residence: Raleigh, NC

Primary E-mail Address: dkirby@edwardskirby.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James R. Kirby II

Law Firm Name: Nageley, Kirby & Winberry, LLP

Address: 500 Capitol Mall, Suite 2250

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 386-8282    Bar #: 88911

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 29, 2022

JUDGE, U.S. DISTRICT COURT